IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CHARLES D. PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 3:15-cv-160-TAV-HBG<br>)<br>CONSOLIDATED NUCLEAR SECURITY, LLC)<br>and METROPOLITAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles D. Price and Defendants Consolidated Nuclear Security, LLC and Metropolitan Life Insurance Company (collectively the "parties") file this joint stipulation of dismissal with prejudice of all Plaintiff's claims against Defendants in the above-styled action. The parties stipulate and agree that each and every claim against the Defendants be dismissed with prejudice, with each party to bear his or its own costs, expenses, and attorneys' fees.

Dated: June 10, 2016.

Respectfully submitted by:

*s/Patricia Head Moskal*
Patricia Head Moskal (BPR # 11621)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
(615) 252-2369
pmoskal@babc.com

*Attorneys for Defendants Consolidated Nuclear Security, LLC and Metropolitan Life Insurance Company*

*s/John P. Dreiser (with permission)*
John P. Dreiser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211
john@farmerdreiser.com

*Attorney for Plaintiff Charles D. Price*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being filed electronically and served through the Court's electronic case filing system on the following:

> John P. Dreiser
> 1356 Papermill Pointe Way
> Knoxville, TN 37909
>
> john@farmerdreiser.com

on this the 10th day of June, 2016.

*s/Patricia Head Moskal*
Patricia Head Moskal

- 2 -